454 A.2d 160

Wicker, Appellant v. Esposito.

Argued May 26, 1982.  Robert F. Fortin, for appellant;  William James Salerno, for appellee.

Before BROSKY, WIEAND and BECK, JJ.

Order affirmed.

BECK, J., filed a memorandum dissenting statement. Judgment reversed, 500 Pa. 457, 457 A.2d 1260.